**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**SHELIA DIANE HICKS,**

   *Plaintiff,*

**v.**                                          **Case No.: 4:25cv385-MW/MAF**

**FLORIDA DEPARTMENT OF
REVENUE,**

   *Defendant.*
_____/

**ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and

Recommendation. ECF No. 18. Accordingly, upon consideration, no objections

having been filed by the parties,

   **IT IS ORDERED:**

The report and recommendation, ECF No. 18, is **accepted and adopted** as

this Court's opinion. Defendant's motion to dismiss, ECF No. 13, is **DENIED**. The

Clerk shall refer this case back to the Magistrate Judge for further proceedings.

   **SO ORDERED on August 10, 2026.**

                              **s/Mark E. Walker**
                              **United States District Judge**